UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
STEVENSON JR, JOHN H § Case No. 09-30934
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN H. STEVENSON, JR. |  |  |  |
| JOHN H. STEVENSON, JR. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northern Trust Co. 62 Green Bay Rd. Winnetka, IL 60093-4006 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| CORRIGAN & FERES ELECTRIC CO. | | | | | |
| CT CORPORATION | | | | | |
| HEIL, HEIL, SMART & GOLEE, INC. | | | | | |
| SHERMAN GARDENS CO-OP | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| Chase Card Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| Margaret Hallen 1030 Monroe Evanston, IL 60202 | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| MARGARET HALLEN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-30934 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | Phillip D. Levey |
| Case Name: | STEVENSON JR, JOHN H | | | Date Filed (f) or Converted (c): | 08/22/09 (f) |
| | | | | 341(a) Meeting Date: | 10/01/09 |
| For Period Ending: | 10/31/10 | | | Claims Bar Date: | 01/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INTEREST IN CO-OP UNIT 1860 SHERMAN AVE., #1-NC EV  Debtor Claimed Exemption | 50,000.00 | 33,720.00 | | 40,181.16 | FA |
| 2. U.S. CURRENCY  Debtor Claimed Exemption | 220.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. CHECKING ACCT. FIRST BANK & TRUST OF EVANSTON 2925  Debtor Claimed Exemption | 1,700.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. MISC. HOUSEHOLD GOODS & FURNISHINGS  Debtor Claimed Exemption | 800.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. MISC. USED CLOTHING  Debtor Claimed Exemption | 700.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. 1998 NISSAN ALTIMA  Debtor Claimed Exemption | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $56,420.00    $33,720.00        $40,181.16    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/11    Current Projected Date of Final Report (TFR): 02/28/11

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.20

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-30934 -SPS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | STEVENSON JR, JOHN H | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3632 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8674 | | | |
| For Period Ending: | 10/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/10 | 1 | Zafir Zaman | Sale of Co-Op | | 36,181.16 | | 36,181.16 |
| | | | Bank Serial #: 000000 | | | | |
| | | ZAMAN, ZAFIR | Memo Amount:     36,181.16 | 1110-000 | | | |
| | | | Sale of Co-Op | | | | |
| 05/19/10 | 000101 | Heil, Heil, Smart & Golee, Inc. | 1860 Co-Op Administration Fee re Cl | 2500-000 | | 175.00 | 36,006.16 |
| | | 1515 Chicago Avenue | 1860 Co-Op Administration Fee re Closing | | | | |
| | | Evanston, IL  60201 | | | | | |
| 05/19/10 | 000102 | Sherman Gardens Co-Op | Past-Due Assessments re Co-Op | 2500-000 | | 2,100.00 | 33,906.16 |
| 05/24/10 | 000103 | Corrigan & Feres Electric Co. | Repair kitchen fan re sale of co-op | 2500-000 | | 269.50 | 33,636.66 |
| | | 8039 Ridgeway Avenue | | | | | |
| | | Skokie, IL  60076 | | | | | |
| 05/24/10 | 000104 | CT Corporation | UCC, Tax & Judgment Lien Searches | 2500-000 | | 224.75 | 33,411.91 |
| | | P.O. Box 4349 | | | | | |
| | | Carol Stream, IL  60197-4349 | | | | | |
| 05/24/10 | 000105 | JOHN H. STEVENSON, JR. | Homestead Exemption | 8100-002 | | 15,000.00 | 18,411.91 |
| | | PO BOX 7066 | | | | | |
| | | EVANSTON, IL  60204 | | | | | |
| 05/24/10 | 000106 | JOHN H. STEVENSON, JR. | Wild Card Exemption re Co-Op | 8100-002 | | 1,280.00 | 17,131.91 |
| | | PO BOX 7066 | | | | | |
| | | EVANSTON, IL  60204 | | | | | |
| 05/26/10 | 1 | Coldwell Banker Res Brokerage Corp. | Balance of Earnest Money | | 1,600.00 | | 18,731.91 |
| | | 2215 Sanders Road | | | | | |
| | | Northbrook, IL | | | | | |
| | | COLDWELL BANKER RES BROKERAGE CORP. | Memo Amount:  (   2,400.00 ) | 1110-000 | | | |
| | | | Real Estate Commission | | | | |
| | | ZAFIR, ZAMAN | Memo Amount:     4,000.00 | 1110-000 | | | |
| | | | Earnest Money | | | | |
| 08/05/10 | 000107 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 3,140.12 | 15,591.79 |

Page Subtotals     37,781.16     22,189.37

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-30934 -SPS | | Trustee Name: | Phillip D. Levey |
| Case Name: | STEVENSON JR, JOHN H | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3632 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8674 | | | |
| For Period Ending: | 10/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/10 | 000108 | 2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614<br>PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 58.76 | 15,533.03 |
| 08/05/10 | 000109 | 2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614<br>Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,183.50 | 9,349.53 |
| 08/05/10 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 11.61838% | 7100-000 | | 2,964.37 | 6,385.16 |
| 08/05/10 | 000111 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 11.61803% | 7100-000 | | 67.84 | 6,317.32 |
| 08/05/10 | 000112 | FIA CARD SERVICES, NA<br>BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 11.61839% | 7100-000 | | 4,068.52 | 2,248.80 |
| 08/05/10 | 000113 | Margaret Hallen<br>1030 Monroe<br>Evanston, IL 60202 | Claim 000004, Payment 11.61840% | 7100-000 | | 2,248.80 | 0.00 |

Page Subtotals     0.00     15,591.79

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 09-30934 -SPS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | STEVENSON JR, JOHN H | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3632 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8674 | | | |
| For Period Ending: | 10/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 40,181.16 | COLUMN TOTALS | 37,781.16 | 37,781.16 | 0.00 |
| Memo Allocation Disbursements: | 2,400.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 37,781.16 | 37,781.16 | |
| Memo Allocation Net: | 37,781.16 | Less: Payments to Debtors | | 16,280.00 | |
| | | Net | 37,781.16 | 21,501.16 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 40,181.16 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,400.00 | Checking Account (Non-Interest Earn - *******3632 | 37,781.16 | 21,501.16 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 37,781.16 | | 37,781.16 | 21,501.16 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 9)